■ FRANCIS C. BELLNIER et al., Respondents, v AGWAY INSURANCE COMPANIES, Appellant.—Order unanimously affirmed without costs. Memorandum: On the record before us, it is not possible to determine whether the Statute of Limitations allegedly contained in the insurance policy had expired as a matter of law *(see, La Penta v General Acc. Fire & Life Assur.*

*Corp.*, 62 AD2d 1145) or whether plaintiff Francis C. Bellnier had any rights under the policy. (Appeal from Order of Supreme Court, Cayuga County, Contiguglia, J.—Dismiss Complaint.) Present—Denman, P. J., Boomer, Green, Balio and Doerr, JJ.